IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>    v.<br><br>JOSE ANTONIO LICEA,<br><br>                              Defendant. | CASE NO.  1:25-CR-00132-JLT-SKO<br><br>ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABEAS CORPUS AD PROSEQUENDUM |

On September 30, 2025, the Honorable Judge Jonathan Conklin, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of *People v. Jose Antonio Licea et al.*, F25906787.  The defendant's appearance before the state court commissioner is necessary on January 29, 2026, at 8:30 a.m. for a settlement conference.  The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Federal Correctional Institution, Mendota.  His next appearance before the United States District Court is scheduled for June 3, 2026, at 1 p.m. for a settlement conference.  It appearing that the defendant needs to be present for a hearing in the state action, and that the next court appearance in the above-entitled case will be on January 29, 2026:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office or their designee may produce the defendant in Fresno County Superior court on January 29, 2026, for purposes of his

1

presence at the settlement conference, but shall return him to the custody of the United States Marshal Service in the physical custody of Fresno County Jail immediately after the proceeding has concluded on January 29, 2026. Under no circumstances is the named defendant to be released from the physical custody of the Fresno County Jail other than for the court appearances that are the subject of this Order, or scheduled Federal Court Appearances, or upon further order from this court.

IT IS SO ORDERED.

Dated: **December 22, 2025**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2