ERIC GRANT
United States Attorney
ROBERT L. VENEMAN-HUGHES
ANTONIO J. PATACA
LUKE B. BATY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00132-JLT-SKO |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO SET CHANGE OF PLEA |
| JOSE LICEA. | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties that the status conference set for June 3, 2026, is vacated as to this defendant only, and that the matter be set for change of plea on April 27, 2026. The defendant intends to plead open. No exclusion of time is necessary as time has already been excluded through June 3, 2026.

Dated: March 31, 2026                    Respectfully submitted,

                                         ERIC GRANT
                                         United States Attorney


                                    By   /s/ Robert L. Veneman-Hughes, Antonio J.
                                         Pataca, and Luke B. Baty
                                         ROBERT L. VENEMAN-HUGHES
                                         ANTONIO J. PATACA
                                         LUKE B. BATY
                                         Assistant United States Attorneys


Dated: March 31, 2026               By:  /s/ Mai Shawwa
                                         MAI SHAWWA
                                         Attorney for Defendant
                                         Jose Licea

Stipulation                              1

ORDER

The status conference currently set for June 3, 2026, is vacated as to this defendant only, and that a change of plea hearing be held before the Honorable District Judge Jennifer L. Thurston on April 27, 2026 at 9:00 AM in Courtroom 4.  The Defendant is ordered to appear.

IT IS SO ORDERED.

Dated:    **April 1, 2026**

STANLEY A. BOONE
United States Magistrate Judge

Stipulation

2